No. 79-2003. CALIFORNIA v. LANPHEAR. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Adams* v. *Texas,* 448 U. S. 38 (1980).

No. 79-2004. FRANZEN ET AL. v. SMITH. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Jenkins* v. *Anderson,* 447 U. S. 231 (1980).

No. 79-6514. LEWIS v. LOUISIANA STATE PENITENTIARY. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Cuyler* v. *Sullivan,* 446 U. S. 335 (1980).

No. 79-6770. GAVIN v. ANDERSON, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of the position presently asserted by the Attorney General of Michigan in his memorandum filed September 2, 1980. JUSTICE REHNQUIST dissents.

No. 80-5006. COON v. ALABAMA. Sup. Ct. Ala. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Beck* v. *Alabama,* 447 U. S. 625 (1980).